UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| vs. | **CIVIL NO. 3:24CV61-MPM-JMV** |
| **TWENTY-EIGHT (28)** | |
| **PIT BULL-TYPE DOGS** | **DEFENDANTS** |

### DEFAULT JUDGMENT OF FORFEITURE

A Verified Complaint for Forfeiture *in rem* was filed on March 5, 2024, against the defendant property. The complaint alleges that the defendant property is subject to forfeiture pursuant to 7 U.S.C. § 2156 (e) because it constitutes animals for which probable cause exists to believe were involved in violations of 7 U.S.C. § 2156, the Animal Welfare Act. Specifically, the defendant animals were sold, bought, possessed, trained, transported, delivered, or received for the purpose of having the animals participate in an animal fighting venture as defined in 7 U.S.C. § 2156 (f)(1).

The Clerk of Court, upon review of this matter, finds as follows:

1. The United States filed a Notice of Additional Defendant Property [Dkt. 5] to provide notice that the number of animals constituting the defendant property increased to thirty-eight (38) dogs because one dog previously thought deceased was located and seized and due to the birth of a litter of eleven puppies since seizure of the defendant property.

2. That pursuant to Fed. R. Civ. P. 55(b)(1), the Clerk of the Court has the authority to enter a Default Judgment of Forfeiture as the Plaintiff=s claim is for a sum certain, namely the following property:

**Thirty-Eight (38) Pit Bull- Type Dogs**

3. The Plaintiff has complied with the noticing requirements of Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. That a Request for Clerk's Entry of Default, with the attached Declaration of Samuel D. Wright, is on file in the office of the Clerk of this Court in this cause.

5. On May 21, 2024, the Clerk of the Court properly entered a Default against the Defendant property as no claim, answer or defense was filed by the above-stated dates or within the time permitted by Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims. [Dkt. 7].

6. The United States has requested and is entitled to the entry of a Default Judgment of Forfeiture pursuant to Fed. R. Civ. P. 55 (b)(1).

It is, therefore:

**ORDERED AND ADJUGED** that the defendant property, namely:

**Thirty-Eight (38) Pit Bull- Type Dogs**

shall be and is hereby **FORFEITED** to the United States of America and no right, title or interest in the defendant property shall exist in any other person or party.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant property forfeited to the United States shall be handled by the United States in accordance with applicable law.

SO ORDERED AND ADJUDGED this the 22nd day of May, 2024.

By:     s/ David Crews
        CLERK OF COURT *by: jla*